**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**   www.flsb.uscourts.gov

☐ ____3rd____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

**DEBTOR:** Carlos Luis Valiente                                                  CASE NO.: 11-42436-RBR
Last Four Digits of SS# 2829

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    **$211.38/month** for months __1__ to __60__; in order to pay the following creditors:

**Administrative:**    Attorney's Fee - $4,175.00 ($3500 fee; $150 costs; $525.00 strip) TOTAL PAID $600.00
                  Balance Due   $3,575.00, payable $192.17/month for months 1 to 5;
                                      $160.00/month for months 6 to 21;
                                      $ 54.15/month for months 22

**Secured Creditors:** [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property: **IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Union Planters n/k/a Regions Bank C/O Regions Financial Corp., Office of Corp. Secretary 1900 Fifth Ave, No. Birmingham, AL 35203 | Residential homestead: 2506 NW 53rd St, Ft Lauderdale FL 33309 Value: $85,000.00 Encumbered by 1st Mtg of $ 124,324.00 | 0% | Treated as wholly unsecured | | To be determined based upon total unsecured claims filed |
| Tamarac Lakes North Section 2 c/o Straley & Otto, PA 2699 Stirling Rd, Ste C-207 Ft Lauderdale FL 33312 | Residential homestead: 2506 NW 53rd St, Ft Lauderdale FL 33309 Value: $85,000.00 Encumbered by 1st Mtg of $ 124,324.00 | 0% | Treated as wholly unsecured | | To be determined based upon total unsecured claims filed |

**Priority Creditors:** [as defined in 11 U.S.C. §507]   NONE
**Unsecured Creditors:** Pay $ 32.17/month for months 6 to 21; $138.02/month in month 22; $192.17/month for months 23 to 60 Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above -** Debtor will treat outside plan: Wells Fargo Home Mtg for 1st mtg on residence, acct no. 6128; and Americredit Financial Services for installment contract on 2011 Kia Soul, acct no. 2794.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Carlos Luis Valiente_                                          Dated:   April 18, 2012

Carlos Luis Valiente, debtor
Signed electronically with debtor's knowledge and consent

LF-31 (rev. 08/01/06)